# ALABAMA COURT OF CRIMINAL APPEALS



December 1, 2023

**CR-2023-0168**
James McConico, Jr. v. State of Alabama (Appeal from Jefferson Circuit Court: CC-83-3284.69)

## <u>NOTICE</u>

You are hereby notified that on December 1, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk